1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 HSUEH YUNG FENG,                  )
                                     ) No. C 07-1541 SC
13              Petitioner,          )
                                     )
14         v.                        )
                                     ) **CORRECTED STIPULATION TO**
15 MICHAEL CHERTOFF, Secretary, United States ) **EXTEND DATES; and [PROPOSED]**
   Department of Homeland Security;  ) **ORDER**
16 EMILIO GONZALEZ, Director, United States )
   Citizenship and Immigration Services; )
17 GERARD HEINAUER, Director,        )
   Nebraska Service Center, United States )
18 Citizenship and Immigration Services; )
   DAVID N. STILL, District Director, )
19 San Francisco District Office, United States )
   Citizenship and Immigration Services; )
20 EMILIA BARDINI, Director, San Francisco )
   Asylum Office, United States Citizenship and )
21 Immigration Services;             )
                                     )
22              Respondents.         )
                                     )
23 

24     Petitioner, by and through his attorney of record, and Respondents, by and through their

25 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

26     1. Petitioner filed this action on or about March 19, 2007.  Respondents were not served until

27 August 21, 2007.

28
   Stip to Ext Time
   C 07-1541 SC

2. Pursuant to this Court's July 13, 2007 Order granting Petitioner's Motion for Extension of Time, the parties are required to file a joint case management statement on August 31, 2007, and attend a case management conference on September 7, 2007.

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Respondents' Answer: | October 19, 2007 |
| Last day to file Joint ADR Certification: | November 9, 2007 |
| Last day to file/serve Joint Case Management Statement: | November 23, 2007 |
| Case Management Conference: | November 30, 2007 at 10:00 a.m. |

Dated: August 27, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Respondents

Dated: August 27, 2007

/s/
MICHAEL CONLAN
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 28, 2007

_____
Judge Samuel Conti
United States District Judge

Stip to Ext Time
C 07-1541 SC