SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HSUEH YUNG FENG, | No. C 07-1541 SC |
|     Petitioner, | |
| v. | **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security; EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center, United States Citizenship and Immigration Services; DAVID N. STILL, District Director, San Francisco District Office, United States Citizenship and Immigration Services; EMILIA BARDINI, Director, San Francisco Asylum Office, United States Citizenship and Immigration Services; | |
|     Respondents. | |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit

Parties' Request to Exempt from ADR Process
C 07-1541 SC

1 | from any of them.
2 |     Here, the parties agree that referral to a formal ADR process will not be beneficial because this
3 | mandamus action is limited to petitioner's request that this Court compel respondents to
4 | adjudicate the asylee relative petition.  Given the substance of the action and the lack of any
5 | potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
6 | court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be
7 | removed from the ADR Multi-Option Program and that they be excused from participating in the
8 | ADR phone conference and any further formal ADR process.

10 | Dated: November 8, 2007        Respectfully submitted,
11 |        SCOTT N. SCHOOLS
       United States Attorney

14 |        _____/s/_____
       ILA C. DEISS
       Assistant United States Attorney
15 |        Attorney for Respondents

17 | Dated: November 8, 2007        _____/s/_____
       MICHAEL CONLAN
18 |        Attorney for Petitioner

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

24 | Date:    11/13/07



SAMUEL CONTI
United States District Judge

Parties' Request to Exempt from ADR Process
C 07-1541 SC