SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HSUEH YUNG FENG, ) | No. C 07-1541 SC |
|         Petitioner, ) | |
|   v. ) | **STIPULATION TO DISMISS;** |
| MICHAEL CHERTOFF, Secretary, United States ) | **and [PROPOSED] ORDER** |
| Department of Homeland Security; ) | |
| EMILIO GONZALEZ, Director, United States ) | |
| Citizenship and Immigration Services; ) | |
| GERARD HEINAUER, Director, ) | |
| Nebraska Service Center, United States ) | |
| Citizenship and Immigration Services; ) | |
| DAVID N. STILL, District Director, ) | |
| San Francisco District Office, United States ) | |
| Citizenship and Immigration Services; ) | |
| EMILIA BARDINI, Director, San Francisco ) | |
| Asylum Office, United States Citizenship and ) | |
| Immigration Services; ) | |
|         Respondents. ) | |

///

///

    Petitioner, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of this

Stip to Dismiss
C 07-1541 SC

1  action because United States Citizenship and Immigration Services (USCIS) has adjudicated
2  Petitioner's Form I-730 petition.
3      Each of the parties shall pay their own costs and fees.

5  Dated: November 20, 2007                    Respectfully submitted,

6                                              SCOTT N. SCHOOLS
                                               United States Attorney

9                                              ___/s/_____
                                               ILA C. DEISS
                                               Assistant United States Attorney
10                                             Attorney for Respondents

12 Dated: November 20, 2007                    ___/s/_____
                                               MICHAEL CONLAN
13                                             Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    11/26/07                              _____
                                               IT IS SO ORDERED
                                               Judge Samuel Conti
                                               United States District Judge

Stip to Dismiss
C 07-1541 SC